UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY, a
foreign corporation,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-309-FtM-36SPC

HANSEN HOMES OF SOUTH FLORIDA, a
Florida Corporation, JOHN NOWICKI, citizens of
Florida, DAVID BORGARDT, citizens of Florida,
KATHERINE BORGARDT, citizens of Florida,
TODD RISMILLER, citizens of Florida, LISA
RISMILLER, citizens of Florida, NATHAN
EFRIES, citizens of Florida, PATRICIA EFRIES,
citizens of Florida, ROBERT VANCIO, citizens of
Florida, KAREN VANCIO, citizens of Florida,
GLADYS VALLE, a citizen of Florida, GEORGIA
BAILEY, a citizen of Florida, BRADLEY
COHAN, citizen of Florida, MICHAEL
CANCIGLIA, citizens of Florida, RUNDA
CANCIGLIA, citizens of Florida, GARY STOPA,
citizens of Florida, SHARON STOPA, citizens of
Florida, GIOVANNI LATONA, citizens of Florida,
CHRISTINE LATONA, citizens of Florida, JACK
FASANO, citizens of Florida,

                Defendants.
_____

**ORDER**

       This matter comes before the Court on the Plaintiff's Motion for Entry of Clerk's Default Against Defendant Karen Vanico (Doc. #34) filed on September 14, 2010. Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendant, Karen Vanico.

       The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and

that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a). On August 2, 2010, service was personally effectuated upon the Defendant.[1] Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading was due on or about August 23, 2010. To date, there has been no responsive pleading with respect to the Complaint from Defendant, Karen Vanico. Therefore, the entry of default is appropriate at this time.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion for Entry of Clerk's Default Against Defendant Karen Vanico (Doc. #34) is **GRANTED**. The Clerk is directed to enter clerk's default against the Defendant, Karen Vanico.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] Pursuant to the Return of Service, service was personally made at 728 Woodland Ave., Kenilworth, NJ 07033.