UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY, a
foreign corporation,

           Plaintiff,

-vs-                                          Case No. 2:10-cv-309-FtM-36SPC

HANSEN HOMES OF SOUTH FLORIDA, a
Florida Corporation, JOHN NOWICKI, citizens of
Florida, DAVID BORGARDT, citizens of Florida,
KATHERINE BORGARDT, citizens of Florida,
TODD RISMILLER, citizens of Florida, LISA
RISMILLER, citizens of Florida, NATHAN
EFRIES, citizens of Florida, PATRICIA EFRIES,
citizens of Florida, ROBERT VANCIO, citizens of
Florida, KAREN VANCIO, citizens of Florida,
GLADYS VALLE, a citizen of Florida, GEORGIA
BAILEY, a citizen of Florida, BRADLEY
COHAN, citizen of Florida, MICHAEL
CANCIGLIA, citizens of Florida, RUNDA
CANCIGLIA, citizens of Florida, GARY STOPA,
citizens of Florida, SHARON STOPA, citizens of
Florida, GIOVANNI LATONA, citizens of Florida,
CHRISTINE LATONA, citizens of Florida, JACK
FASANO, citizens of Florida,

           Defendants.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff's Motion for Entry of Clerk's Default

Against Defendant Nathan Efries (Doc. #33) filed on September 14, 2010. Pursuant to Fed. R. Civ.

P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendant, Nathan Efries.

      The entry of a default is appropriate "[w]hen a party against whom a judgment for

affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and

that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a). On July 23, 2010, substitute service was effectuated upon the Defendant's spouse.[1] Substitute service of process may be served on the spouse of the person to be served, residing in the same dwelling. F.L.A. § 48.031. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading was due on or about August 13, 2010. To date, there has been no responsive pleading with respect to the Complaint from Defendant, Nathan Efries. Therefore, the entry of default is appropriate at this time.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion for Entry of Clerk's Default Against Defendant Nathan Efries (Doc. #33) is **GRANTED**. The Clerk is directed to enter clerk's default against the Defendant, Nathan Efries.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of September, 2010.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] Pursuant to the Return of Service, substitute service was made upon Patricia Efries, Defendant's spouse, at 12560 Equestrian Circle Apt 1308, Fort Myers, FL 33907.