**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

      Plaintiff,

-vs-                                    Case No.  2:10-cv-309-FtM-36SPC

HANSEN HOMES OF SOUTH FLORIDA, a Florida Corporation, JOHN NOWICKI, citizens of Florida, DAVID BORGARDT, citizens of Florida, KATHERINE BORGARDT, citizens of Florida, TODD RISMILLER, citizens of Florida, LISA RISMILLER, citizens of Florida, NATHAN EFRIES, citizens of Florida, PATRICIA EFRIES, citizens of Florida, ROBERT VANCIO, citizens of Florida, KAREN VANCIO, citizens of Florida, GLADYS VALLE, a citizen of Florida, GEORGIA BAILEY, a citizen of Florida, BRADLEY COHAN, citizen of Florida, MICHAEL CANCIGLIA, citizens of Florida, RUNDA CANCIGLIA, citizens of Florida, GARY STOPA, citizens of Florida, SHARON STOPA, citizens of Florida, GIOVANNI LATONA, citizens of Florida, CHRISTINE LATONA, citizens of Florida, JACK FASANO, citizens of Florida,

      Defendants.

_____

## ORDER

This matter comes before the Court on the Plaintiff's Motion for Entry of Clerk's Default Against Defendant Patricia Efries (Doc. #32) filed on September 14, 2010. Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendant, Patricia Efries.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and

that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a). On July 23, 2010, service was personally effectuated upon the Defendant.[1] Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading was due on or about August 13, 2010. To date, there has been no responsive pleading with respect to the Complaint from Defendant, Patricia Efries. Therefore, the entry of default is appropriate at this time.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion for Entry of Clerk's Default Against Defendant Patricia Efries (Doc. #32) is **GRANTED**. The Clerk is directed to enter clerk's default against the Defendant, Patricia Efries.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] Pursuant to the Return of Service, service was personally made at 12560 Equestrian Circle Apt 1308, Fort Myers, FL 33907.