**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MID-CONTINENT CASUALTY COMPANY, a
foreign corporation,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-309-FtM-36SPC

HANSEN HOMES OF SOUTH FLORIDA, a
Florida Corporation, JOHN NOWICKI, citizens of
Florida, DAVID BORGARDT, citizens of Florida,
KATHERINE BORGARDT, citizens of Florida,
TODD RISMILLER, citizens of Florida, LISA
RISMILLER, citizens of Florida, NATHAN
EFRIES, citizens of Florida, PATRICIA EFRIES,
citizens of Florida, ROBERT VANCIO, citizens of
Florida, KAREN VANCIO, citizens of Florida,
GLADYS VALLE, a citizen of Florida, GEORGIA
BAILEY, a citizen of Florida, BRADLEY COHAN,
citizen of Florida, MICHAEL CANCIGLIA,
citizens of Florida, RUNDA CANCIGLIA, citizens
of Florida, GARY STOPA, citizens of Florida,
SHARON STOPA, citizens of Florida, GIOVANNI
LATONA, citizens of Florida, CHRISTINE
LATONA, citizens of Florida, JACK FASANO,
citizens of Florida,

                Defendants.
_____

**ORDER**

       This matter comes before the Court on the Parties' Stipulated Motion to Set Aside Default as to Defendants Nathan Efries and Patricia Efries (Doc. #54) filed on October 14, 2010. The Parties inform the Court that counsel for Plaintiff inadvertently submitted its Motion for Entry of Default Against Nathan and Patricia Efries as they were unaware that the Efries were represented by counsel. The Parties have conferred in good faith and agreed that an entry of an Order vacating this Court's

entry of clerk's defaults as to Nathan and Patricia Efries is proper. Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

The Parties' Stipulated Motion to Set Aside Default as to Defendants Nathan Efries and Patricia Efries (Doc. #54) is **GRANTED**. The Clerk is directed to set aside its entry of clerk's default previously entered as to Defendants Nathan Efries and Patricia Efries only (Doc. #43). This Court's Orders granting Plaintiff's Motion for Entry of Clerk's Default Against Nathan Efries (Doc. #40) and Patricia Efries (Doc. #41) are hereby **VACATED**.

The Effries shall have up to and including **November 5, 2010**, to respond to the Amended Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record